**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00759-CV
_____

### JOHN HUYNH, Appellant

### V.

### DAVID A. FETTNER, COURT APPOINTED RECEIVER, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-28276**

## O R D E R

On October 23, 2018, this court abated this appeal because appellant's brother, Phung Huynh, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-36801. *See* Tex. R. App. P. 8.2. It was alleged that the assets made the basis of this appeal were subject to the bankruptcy proceeding.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.